**2010–2215. State v. Gates.**
Cuyahoga App. No. 93789, 2010-Ohio-5348. Reported at 128 Ohio St.3d 1414, 2011-Ohio-828, 942 N.E.2d 386. On motion for reconsideration. Motion denied.
LUNDBERG STRATTON and McGEE BROWN, JJ., dissent.

**2010–2269. [State ex rel.] Henderson v. Gallagher.**
In Procedendo. Reported at 128 Ohio St.3d 1409, 2011-Ohio-828, 942 N.E.2d 383. On motion for reconsideration. Motion denied. Motion to strike denied as moot.

**2010–2292. Melton v. GER Taylor Gardens, L.L.C.**
Cuyahoga App. No. 95070. Reported at 128 Ohio St.3d 1428, 2011-Ohio-1049, 943 N.E.2d 574. On motion for reconsideration. Motion denied.

**2011–0027. [State ex rel.] Henderson v. Finnegan.**
In Procedendo. Reported at 128 Ohio St.3d 1409, 2011-Ohio-828, 942 N.E.2d 383. On motion for reconsideration. Motion denied. Motions for preliminary injunction, for judgment, and to strike denied as moot.

# CASE ANNOUNCEMENTS

## *May 4, 2011*

[Cite as *05/04/2011 Case Announcements #2*, 2011-Ohio-2138.]

## MOTION AND PROCEDURAL RULINGS

**2011–0741. State v. Bedford.**
Hamilton App. No. C–100735, 2011-Ohio-2054. This cause is pending before the court as a discretionary appeal and claimed appeal of right and is related to an execution scheduled for May 17, 2011. Therefore, in order to expedite this court's consideration of the appeal, it is ordered by the court, sua sponte, that the appellee shall file a memorandum in response no later than 10 a.m. on Monday, May 9, 2011.

# CASE ANNOUNCEMENTS

## *May 5, 2011*

[Cite as *05/05/2011 Case Announcements*, 2011-Ohio-2137.]

## MOTION AND PROCEDURAL RULINGS

**In re Starks.**
On December 31, 2008, this court found Verdell Starks to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Starks was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On April 28, 2011, Starks submitted two motions for leave to file appeals of decisions in two court of appeals' cases.

Upon review of the proffered filings, the court finds them without merit. Accordingly, it is ordered by the court that both of Starks' motions for leave to file an appeal are denied.